# Court of Appeals
# of the State of Georgia

ATLANTA,  September 29, 2022

*The Court of Appeals hereby passes the following order:*

## A23A0191. CARL ALLEN LEWIS v. THE STATE.

In 2015, Carl Allen Lewis pleaded guilty to burglary and was sentenced to twenty years, to serve five in prison, and the remainder on probation. Lewis's probation was revoked on June 27, 2022, and he filed the instant appeal therefrom. However, we lack jurisdiction.

Appeals from probation revocation orders must be made by application for discretionary appeal. See OCGA § 5-6-35 (a) (5); *Jones v. State*, 322 Ga. App. 269, 269 n. 2 (745 SE2d 1) (2013); *Zamora v. State*, 226 Ga. App. 105 (485 SE2d 214) (1997). Thus, Lewis has no right to direct appeal. Moreover, even if Lewis was entitled to a direct appeal, his notice of appeal was untimely. To be timely, a notice of appeal must be filed within 30 days after entry of the order on appeal. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721, 721 (482 SE2d 704) (1997). Here, Lewis filed his notice of appeal on July 28, 2022, 31 days after entry of the trial court's order revoking his probation.

For these reasons, we lack jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,__09/29/2022_____*

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*